In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-569 CR


____________________



RONNIE ALEXANDER SMITH, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-060558-R






 MEMORANDUM OPINION


 On November 14, 2007, Ronnie Alexander Smith, Jr. filed a notice of appeal from a
sentence imposed on December 18, 2006. The notice of appeal was filed with the trial court
more than thirty days from the date of sentencing and outside the time for requesting an
extension of time for filing the notice of appeal. We notified the parties that the notice of
appeal did not appear to have been timely filed. Appellant filed a response.

 

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 

 HOLLIS HORTON

 Justice


Opinion Delivered December 19, 2007

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.